E.D.N.Y.−Bklyn<br>
18-cv-1978<br>
Donnelly, J.<br>
Bloom, M.J.

# United States Court of Appeals
FOR THE  
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-one.

Present:
> Rosemary S. Pooler,
> Raymond J. Lohier, Jr.,
> Joseph F. Bianco,
> > *Circuit Judges*.

_____

Victor Clemente,

> *Petitioner-Appellant*,

v.                                                                              21-279

William Lee,

> *Respondent-Appellee*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP") and a certificate of appealability ("COA"). Upon due consideration, it is hereby ORDERED that IFP status is GRANTED and a COA is GRANTED on one issue: whether the district court properly dismissed some of Appellant's claims as time-barred when it applied 28 U.S.C. § 2244(d)(1) to his individual claims, rather than to his entire petition. *See Zack v. Tucker*, 704 F.3d 917, 923−25 (11th Cir. 2013) (overruling a prior decision applying the entire petition approach and observing that "no circuit has agreed with" that approach); *see also Capozzi v. United States*, 768 F.3d 32, 33 (1st Cir. 2014) (collecting cases that apply the claim-by-claim approach).

> FOR THE COURT:  
> Catherine O'Hagan Wolfe, Clerk of Court

